540 A.2d 529

**Phillip B. ROBINSON**

v.

**Sandra ROBINSON, Steven M. Kramer, Esquire, and Robert J. Vedatsky, Esquire.**

**Appeal of Robert J. VEDATSKY.**

Supreme Court of Pennsylvania.

Argued April 12, 1988.

Decided April 26, 1988.

Michael R. Needle, Philadelphia, for appellant.

Rebecca M. Landes, Jerome Lipman, Philadelphia, for Phillip B. Robinson.

64

Steven M. Kramer, Robert T. Cohen, Philadelphia, for Sandra Robinson.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.